UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOEL I. WILSON,

    Plaintiff,

v.                                                                                          Case No. 21-12044

ARNOLD MATTIS, *et al.*,                                       Sean F. Cox
                                                                                                  United States District Court Judge

    Defendants.
_____/

## ORDER
## ADOPTING REPORT AND RECOMMENDATION (ECF NO. 47)
## AND GRANTING DEFENDANT S' MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Joel I. Wilson ("Plaintiff") filed this *pro se* civil rights action, pursuant to 42 U.S.C. § 1983, against Defendants on August 25, 2021. In an Opinion and Order issued on September 17, 2021, some of Plaintiff's claims were dismissed upon the initial screening of the complaint. This matter was then referred to Magistrate Judge Elizabeth Stafford for all pretrial proceedings. Thereafter, the remaining Defendants filed a motion seeking partial summary judgment.

In a Report and Recommendation issued on March 20, 2023, Magistrate Judge Stafford recommends that "defendants' partial motion for summary judgment (ECF No. 41) be GRANTED, and that all but the claims alleged in STF-0206 and the April 2021 misconduct ticket be DISMISSED WITHOUT PREJUDICE." (ECF No. 47 at PageID.357). The Report and Recommendation explains that, if the recommendation is adopted, the only two defendants remaining in the case would be Arnold Mattis and Jeremy Ashby. (*Id*).

The time permitted for the parties to file objections to that Report and Recommendation

1

has passed and no objections were filed.  Accordingly, the Court hereby **ADOPTS** the March 20, 2023 Report and Recommendation and **ORDERS** that Defendants' motion seeking partial summary judgment is **GRANTED** and **ORDERS** that all but the claims alleged in STF-0206 and the April 2021 misconduct ticket are **DISMISSED WITHOUT PREJUDICE.**

    **IT IS SO ORDERED.**

                                                            s/Sean F. Cox  
                                                            Sean F. Cox  
                                                            United States District Judge

Dated:  April 19, 2023